**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00465-LTB-MJW

KARL PLOTT,
        Plaintiff,

v.

SENTRY INSURANCE,
        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion to Withdraw (Doc 10 - filed July 13, 2005) is **GRANTED**.  Paul R. Flick is allowed to withdraw as counsel for Defendant herein.  Defendant will continue to be represented by Arthur J. Kutzer of the law firm Senter Goldfarb & Rice, LLC.

Dated:  October 19, 2005
___