IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00465-LTB-MJW

KARL PLOTT,

Plaintiff(s),

v.

SENTRY INSURANCE, a Mutual Company, a Wisconsin corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Motion for Assessment of Costs (docket no. 21) is DENIED.  This court conducted a settlement conference on November 2, 2005.  During this settlement conference, this court spent a considerable amount of time discussing settlement with Plaintiff, Karl Plott, D.C. and with Plaintiff's counsel, Dan Rector.  In addition, this court spent time discussing settlement with Defendant's representative, Ms. Yesse and with Defendant's counsel, Arthur J. Kutzer.  Without going into the details of such private settlement discussions, this court finds that the parties were acting in good faith during the settlement discussions. Although the case did not settle, there was much dialogue,  that took place between Magistrate Judge Watanabe, the parties, and counsel.   Under these facts, sanctions is not appropriate.

Date:  December 8, 2005