IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00465-LTB-MJW

KARL PLOTT,

Plaintiff,

v.

SENTRY INSURANCE, a Mutual Company, a Wisconsin corporation

Defendant.

## ORDER GRANTING STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE
( Docket No. 57 )

**THIS MATTER** comes before the Court on a **STIPUALTED MOTION TO VACATE SETTLEMENT CONFERENCE**. Finding good cause, the Court hereby grants the Stipulated Motion to Vacate Settlement Conference scheduled for May 30, 2006.

Dated this 8th day of May, 2006.

BY THE COURT:

Honorable Michael J. Watanabe
United States District Court
District of Colorado

00221737