**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil action No. 05-cv-00465-LTB-MJW

KARL PLOTT,

       Plaintiff,

v.

SENTRY INSURANCE, a Mutual Company, a Wisconsin corporation

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 63 - filed August 21, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                   s/Lewis T. Babcock
                                   Lewis T. Babcock, Chief Judge

DATED: August 22, 2006